UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| John Francis Medaglia, III, | ) | |
| | ) | |
| Plaintiff, | ) | NOTICE OF FILING BY DEFENDANT |
| | ) | CITY OF NEW ELLENTON |
| v. | ) | IN OPPOSITION TO PLAINTIFF'S SECOND |
| | ) | MOTION FOR SUMMARY JUDGMENT |
| Shawn Middleton; | ) | AND IN REPLY TO PLAINTIFF'S RESPONSE |
| City of New Ellenton, | ) | TO MOTION BY DEFENDANT CITY OF NEW |
| | ) | ELLENTON FOR SUMMARY JUDGMENT |
| Defendants. | ) | |
| | ) | Civil Action 1:24-cv-00532-MGL-SVH |

In the interests of clarity and judicial economy, Defendant City of New Ellenton ("City") hereby responds and replies to ECF 60, docketed as Plaintiff's Motion for Summary Judgment *and* Response to City's Motion for Summary Judgment, by craving reference to City's Memorandum (ECF 54-1), filed on July 31, 2024, in support of City's Motion for Summary Judgment (ECF 54) and in opposition to Plaintiff's previously filed Motion for Summary Judgment (ECF 36). There is no substantive difference between ECF 36 and ECF 60, and ECF 54-1 sufficiently states City's positions on Plaintiff's and City's motions for summary judgment.

                                                Respectfully submitted,

August 28, 2024                     NESS & JETT, LLC

Bamberg, South Carolina        By: *s/Norma A. T. Jett*
                                                        Norma A. T. Jett, ID #5101
                                                        Post Office Box 909
                                                        Bamberg, SC  29003
                                                        (803)245-5178
                                                        normajett@gmail.com
                                                        ATTORNEY FOR DEFENDANT
                                                        CITY OF NEW ELLENTON