AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Francis Medaglia, III, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   1:24-cv-00532-MGL |
| Shawn Middleton, City of New Ellenton, ) | |
| *Defendants* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, John Francis Medaglia, III, take nothing of the defendant, Shawn Middleton, and this action is dismissed without prejudice as to that defendant.

■ the plaintiff, John Francis Medaglia, III, take nothing of the defendant, City of New Ellenton, as to the plaintiff's Fourth Amendment and intentional infliction of emotional distress claims, and this action is dismissed without prejudice as to those claims.

■ summary judgment is entered in favor of the defendant, City of New Ellenton, as to the plaintiff's First Amendment and false arrest claims.  The plaintiff, John Francis Medaglia, III, take nothing of the defendant, City of New Ellenton, as to the plaintiff's Fourth Amendment and intentional infliction of emotional distress claims, and this action is dismissed with prejudice as to those claims.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having adopted the Reports and Recommendations of US Magistrate Judge Shiva V. Hodges, granting in part City of New Ellenton's motion to dismiss, granting City of New Ellenton's motion for summary judgment, and having dismissed the claims against Shawn Middleton.

Date:   October 23, 2024                                                       *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                         s/A. Snipes
                                                                                          _____
                                                                                              *Signature of Clerk or Deputy Clerk*